◼ In the Matter of SAMANTHA R. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LAURIE R., Appellant. [983 NYS2d 415]—In a child neglect proceeding pursuant to Family Court Act article 10, the mother appeals from an order of fact-finding of the Family Court, Suffolk County (Loguercio, J.), dated February 28, 2013, which, after a hearing, found that she neglected the subject child.

Ordered that the order of fact-finding is affirmed, without costs or disbursements.

Contrary to the contention of the Suffolk County Department of Social Services, an appeal from an intermediate order in a case involving abuse or neglect may be taken as of right (*see* Family Ct Act § 1112 [a]; *Matter of Alyssa L. [Deborah K.]*, 93 AD3d 1083 [2012]).

Contrary to the mother's contention, the Family Court did

not err in relying upon the child's out-of-court statements, as those statements were sufficiently corroborated (*see Matter of Astrid C.*, 43 AD3d 819 [2007]; *Matter of Whitney H.*, 19 AD3d 491 [2005]). Further, the evidence adduced at the fact-finding hearing was sufficient to establish by a preponderance of the evidence that the mother neglected the subject child due to her abuse of alcohol (*see* Family Ct Act § 1046 [a] [iii]; *Matter of Bianca P. [Theodore A.P.]*, 94 AD3d 1126 [2012]). Dillon, J.P., Chambers, Austin and Duffy, JJ., concur.